# SCHEDULE "A"

1. With regards the transfer of the Debtor, Lloyd Sneddon's interest in a business known as LBJ-47 LLC also known as the Funhouse ( the "Funhouse") to his brother, William Sneddon and one, Anil Sawant, please provide the following information:

    a. Copies of any bills of sale;

    b. Copies of any contracts;

    c. Copies of any assumption of debt agreements;

    d. Copy of leases;

    e. Inventory of all assets/liabilities of the Fun House at the time the Debtor made the transfer;

    f. Copies of tax returns for the Funhouse for the period 2012-2014;

    g. Copies of any and all corporate minute entries concerning the transfer of the Debtor's interest in the Funhouse to William Sneddon and Anil Sawant; and

    h. Copies of any and all share certificates evidencing the transfer of the Debtor's interest in the Funhouse to William Sneddon and Anil Sawant.

2. With regards the transfer of William Sneddon's and Anil Sawant's interest in a business known as LBJ-47 LLC also known as the Funhouse to Nathan's Famous Group, L.P. ("Nathans"), please provide the following information:

    a. Copies of any bills of sale;

    b. Copies of any contracts;

    c. Copies of any assumption of debt agreements;

      d.      Copy of leases;

      e.      Inventory of all assets/liabilities of the Fun House at the time that William Sneddon and Anil Sawant transferred their interest in the Funhouse to Nathan's;

      f.      Copies of tax returns for the Funhouse for the period 2012-2015;

      g.      Copies of any and all corporate minute entries concerning the transfer of William Sneddon's and Anil Sawant's interest in the Funhouse to Nathan's; and

      h.      Copies of any and all share certificates evidencing the transfer of William Sneddon's and Anil Sawant's interest in the Funhouse to Nathan's.