**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re

                                            Case No. 8-16-70686-LAS
                                            Chapter 7

**LLOYD SNEDDON,**                       Judge  Louis A. Scarcella

                                **Debtor.**

-----------------------------------------------------------------X

**ORDER AUTHORIZING EXAMINATION OF NATHAN'S FAMOUS GROUP, L.P.**
**PURSUANT TO BANKRUPTCY RULE 2004**

Upon the annexed application (the "Application") of Robert L. Pryor, Esq., the Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estate (the "Estate") of Lloyd Sneddon, Debtor (the "Debtor"), in the above-captioned Chapter 7 case, by and through his attorneys, Pryor & Mandelup, L.L.P., seeking an Order, pursuant to Rule 2004(a), (b)  and (c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Trustee to examine Nathan's Famous Group, L.P., by a partner or other authorized agent or representative,  on certain matters relevant to the administration of the Estate and the conduct, liabilities, and financial affairs of Debtor; and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Trustee, by and through his attorneys, Pryor & Mandelup, L.L.P., is hereby authorized and empowered, pursuant to Bankruptcy Rule 2004, to examine Nathan's Famous Group, L.P. by a partner or other authorized agent or representative, and to compel the production of all documents under said witnesses' custody or control, relevant to the Trustee's investigation, as detailed in the subpoena annexed hereto, on no less than seventeen (17) days' notice, at the offices of Pryor & Mandelup, L.L.P., 675 Old Country Road, Westbury, New York 11590; and it is further

**ORDERED**, that the Trustee shall serve copies of this Order and subpoena, by certified mail, return receipt requested, on Nathan's Famous Group, L.P., care of their Registered Agent, Aegis Resources, Inc., 70 East Sunrise Highway, Suite 415, Valley Stream, NY 11581 Attention: Robert Eide, President, within ten (10) days from the date hereof.