UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

      LLOYD SNEDDON,

              Debtor.
-----------------------------------------------------------------X

Case No. 16-70686-LAS
Chapter 7

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK)
                       )SS:
COUNTY OF SUFFOLK)

      Debra A. Donovan, being duly sworn, deposes and says that I am not a party to the action, I am over 21 years of age, and I reside in Coram, New York.

      On May 17, 2017, I served a true copy of the annexed Notice of Intended Sale by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U. S. Postal Service within the State of New York, to the following persons; the Debtor, the Trustee, the Attorney for the Trustee, Office of the U.S. Trustee and all creditors and parties in interest otherwise entitled to notice.

**SEE LISTS ATTACHED HERE TO**

                                                        Debra A. Donovan

Sworn to before me this
17th day of May, 2017

Debra L. Dill
Notary Public, State of New York
No. 01DI5075800
Qualified in Suffolk County
Commission Expires April 7, 2019