| | | |
|---|---|---|
| United States Bankruptcy Court<br>290 Federal Plaza<br>Central Islip, NY 11722-4437 | American Express<br>Box 981537<br>El Paso, TX 79998-1537 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| American Express FSB<br>c/o Zwicker & Associates<br>120 Allens Creek Road<br>Rochester, NY 14618-3306 | Anil Sawant<br>Macco & Stern, LLP<br>2950 Express Drive South Suite 109<br>Islandia, NY 11749-1412 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank USA<br>PO Box 30281<br>Salt Lake city, UT 84130-0281 | Christopher Wlliams<br>171 Albany Avenue<br>Lindenhurst, NY 11757-3221 | Citicards CENA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| Cox Radio, Inc.<br>C/O Bruce Bekritsky<br>1551 Kellum Place<br>Mineola, NY 11501-4834 | Dan Chevhs<br>773 Peasela<br>West Islip, NY 11795-3426 | Jay's Appliance/SYNCB<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Jazmin Sanchez<br>171 Albany Avenue<br>Lindenhurst, NY 11757-3221 | John Jurado<br>30-35 84th Street<br>East Elmhurst, NY 11370-1922 | Jose Fonduer<br>609 North Avenue<br>Lindenhurst, NY 11757 |
| Linda Sneddon<br>2280 Lakeview Road<br>Bellmore, NY 11710-4209 | Mortgage Service Center<br>2001 Bishop Gate B<br>Mount Laurel, NJ 08054-4604 | FYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Patty Klelawa<br>13 Weston Street<br>Huntington Station, NY11746-4030 | Prohealth Care Associates<br>2800 Marcus Avenue<br>New Hyde Park, NY 11042-1113 | Richard Ciminieri<br>316 Seward Street<br>West Babylon, NY 11704-3029 |
| Scott Fessler<br>1600 Lakeview Drive<br>Hewlett, NY 11557-1818 | Toyota Financial Services<br>PO Box 4102<br>Carol Stream, IL 60197-4102 | US Bank<br>PO Box 5229<br>Cincinnati, OH 45201-5229 |
| United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza – Room 560<br>Central Islip, NY 11722-4456 | Verizon<br>PO box 4003<br>Acworth, GA 30101-9004 | William Sneddon<br>28 Bob White Lane<br>Hicksville, NY 11801-4521 |
| Lloyd Sneddon<br>316 Seward Street<br>West Babylon, NY 11704-3029 | Robert L. Pryor, Esq.<br>Pryor & Mandelup LLP<br>675 Old Country Road<br>Westbury, NY 11590-4513 | Scott R. Schneider<br>117 Broadway<br>Hicksville, NY 11801-4235 |

Scott Fessler
c/o The Fisher Law Firm, P.C.
375 Commack Road Suite 204
Deer Park, NY  11729

Sneddon